1  THOMAS M. HERLIHY (SBN 83615)
   MICHAEL G. GLANZBERG (SBN 178751)
2  JOHN C. FERRY (SBN 104411)
   KELLY, HERLIHY & KLEIN LLP
3  44 Montgomery Street, Suite 2500
   San Francisco, California 94104-4217
4  Telephone: (415) 951-0535
   Facsimile: (415) 391-7808
5  Email: jferry@kelher.com

6  Attorneys for Defendants
   UNUM PROVIDENT CORPORATION and
7  PROVIDENT LIFE & ACCIDENT
   INSURANCE COMPANY

**IT IS SO ORDERED**
Judge James Ware

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CYNTHIA MENDEZ,              )<br>                              )<br>         Plaintiff,           )<br>                              )<br>   vs.                        )<br>                              )<br>UNUM PROVIDENT CORPORATION;   )<br>PROVIDENT LIFE & ACCIDENT     )<br>INSURANCE COMPANY,            )<br>                              )<br>         Defendants.          )<br>_____) | Case No. C04 01312 JW<br><br>**STIPULATION TO CONTINUE THE LAST DAY TO HEAR DISPOSITIVE MOTIONS AND FOR A LIMITED EXTENSION OF THE DISCOVERY CUT-OFF** |

1  Plaintiff Cynthia Mendez and defendants UnumProvident Corporation and Provident Life &
2  Accident Insurance Company, through their counsel of record, stipulate to the following changes to
3  this Honorable Court's November 11, 2004, Scheduling Order:
4  The last day for hearing dispositive motions, originally set for August 29, 2005, is continued
5  to October 17, 2005 (or to a date in mid October convenient for the Court's calendar).
6  The close of discovery, originally set for July 1, 2005 is modified to permit the following
7  depositions:
8  Dr. Edward Damore on July 12, 2005;
9  Cynthia Mendez on July 14, 2005; and
10  Stephen Prater on a date to be determined in July, 2005.

KELLY, HERLIHY, & KLEIN LLP

Dated: June 3, 2005

By _____
John C. Ferry
Attorneys for Defendants
UNUMPROVIDENT CORPORATION
AND PROVIDENT LIFE & ACCIDENT
INSURANCE COMPANY

BOHN & BOHN

Dated: June 8, 2005

By: _____
Robert Bohn
Attorney for Plaintiff
CYNTHIA MENDEZ

FRIEDMAN, RUBIN & WHITE

Dated: June 5, 2005

By _____
Jeffrey K. Rubin
Attorney for Plaintiff
CYNTHIA MENDEZ

- 1 -

STIPULATION TO CONTINUE THE LAST DAY TO HEAR DISPOSITIVE MOTIONS AND FOR A LIMITED
EXTENSION OF THE DISCOVERY CUT-OFF

Case No. C04 01312 JW

## ORDER

In consideration of the stipulation signed by the parties and good cause appearing, it is hereby ordered that:

The last day to hear dispositive motions is continued to October 17, 2005.

The discovery cut-off date of July 1, 2005, is continued for the limited purpose of conducting the depositions of: Dr. Edward Damore on July 12, 2005; Cynthia Mendez on July 14, 2005; and Stephen Prater on a date to be determined in July, 2005.

**IT IS SO ORDERED.**

Dated: June 15, 2005          /s/ JamesWare
                              Judge of the United States District Court
                              Northern District of California

E:\24082\P41

- 2 -

STIPULATION TO CONTINUE THE LAST DAY TO HEAR DISPOSITIVE MOTIONS AND FOR A LIMITED EXTENSION OF THE DISCOVERY CUT-OFF
Case No. C04 01312 JW