THOMAS M. HERLIHY (SBN 83615)
MICHAEL G. GLANZBERG (SBN 178751)
JOHN C. FERRY (SBN 104411)
KELLY, HERLIHY & KLEIN LLP
44 Montgomery Street, Suite 2500
San Francisco, California 94104-4217
Telephone: (415) 951-0535
Facsimile: (415) 391-7808
Email: jferry@kelher.com

Attorneys for Defendants
UNUM PROVIDENT CORPORATION and
PROVIDENT LIFE & ACCIDENT
INSURANCE COMPANY

**\*E-FILED ON 07/01/05\***

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| CYNTHIA MENDEZ,<br><br>   Plaintiff,<br><br>  vs.<br><br>UNUM PROVIDENT CORPORATION;<br>PROVIDENT LIFE & ACCIDENT<br>INSURANCE COMPANY,<br><br>   Defendants. | Case No. C04 01312 JW<br><br>**STIPULATION TO CONTINUE THE HEARING OF THE MOTION TO COMPEL STEPHEN D. PRATER'S PRODUCTION OF DOCUMENTS PURSUANT TO SUBPOENA DUCES TECUM AND ORDER**<br>Present Hearing<br><br>Date: July 5, 2005<br>Time: 10:00 a.m.<br>Ctrm.: 2<br><br>Requested Hearing<br><br>Date: July 6, 2005 |

---

STIPULATION TO CONTINUE HEARING DATE FOR MOTION TO COMPEL   CASE NO. C04 01312 JW

1    Plaintiff Cynthia Mendez, Stephen Prater, and defendants UnumProvident Corporation and

2    Provident Life & Accident Insurance Company, through their counsel of record, stipulate that the

3    motion to compel be continued for hearing from July 5, 2005 to July 6, 2005.  Counsel have

4    discussed other dates on which the court normally hears civil law and motion.  However, counsel are

5    not all available on July 12 (the next Tuesday law and motion date on the Court's calendar), and

6    although counsel are available on July 19, 2005, the Court is not available that date.

7                                                           KELLY, HERLIHY, & KLEIN LLP

8

9    Dated: June _29_, 2005                    By _____
                                                                    John T. Burnite
10                                                              Attorneys for Defendants
                                                        UNUMPROVIDENT CORPORATION
11                                                     AND PROVIDENT LIFE & ACCIDENT
                                                        INSURANCE COMPANY
12

13                                                         BOHN & BOHN

14
     Dated: June ___, 2005                    By:_____
15                                                              Robert Bohn
                                                              Attorney for Plaintiff
16                                                           CYNTHIA MENDEZ

17

18                                                         FRIEDMAN, RUBIN & WHITE

19
     Dated: June ___, 2005                    By:_____
20                                                              Jeffrey K. Rubin
                                                              Attorney for Plaintiff
21                                                           CYNTHIA MENDEZ

22

23                                                         COTCHETT, PITRE, SIMON & McCARTHY

24
     Dated: June ___, 2005                    By:_____
25                                                              Barabara L. Lyons
                                                              Attorney for ~~Plaintiff~~
26                                                           ~~CYNTHIA MENDEZ~~
                                                              DISCLOSED EXPERT
27   //                                                       STEPHEN D. PRATER

28                                                                   - 1 -

1    Plaintiff Cynthia Mendez, Stephen Prater, and defendants UnumProvident Corporation and
2  Provident Life & Accident Insurance Company, through their counsel of record, stipulate that the
3  motion to compel be continued for hearing from July 5, 2005 to July 6, 2005. Counsel have
4  discussed other dates on which the court normally hears civil law and motion. However, counsel are
5  not all available on July 12 (the next Tuesday law and motion date on the Court's calendar), and
6  although counsel are available on July 19, 2005, the Court is not available that date.

7

8                                                        KELLY, HERLIHY, & KLEIN LLP

9  Dated: June ___, 2005                           By _____
10                                                           John T. Burnite
                                                          Attorneys for Defendants
11                                                   UNUMPROVIDENT CORPORATION
                                                     AND PROVIDENT LIFE & ACCIDENT
12                                                      INSURANCE COMPANY

13                                                     BOHN & BOHN

14  Dated: June 29, 2005                          By: _____
15                                                           Robert Bohn
                                                          Attorney for Plaintiff
16                                                       CYNTHIA MENDEZ

17

18                                                     FRIEDMAN, RUBIN & WHITE

19  Dated: June ___, 2005                          By: _____
20                                                           Jeffrey K. Rubin
                                                          Attorney for Plaintiff
21                                                       CYNTHIA MENDEZ

22

23                                                     COTCHETT, PITRE, SIMON & McCARTHY

24  Dated: June ___, 2005                          By: _____
25                                                           Barabara L. Lyons
                                                          Attorney for Plaintiff
26                                                       CYNTHIA MENDEZ

27  //

28                                              - 1 -

     STIPULATION TO CONTINUE THE LAST DAY TO HEAR DISPOSITIVE MOTIONS AND FOR A LIMITED
                         EXTENSION OF THE DISCOVERY CUT-OFF.
                                                               Case No. C04 01312 JW

1      Plaintiff Cynthia Mendez, Stephen Prater, and defendants UnumProvident Corporation and

2   Provident Life & Accident Insurance Company, through their counsel of record, stipulate that the

3   motion to compel be continued for hearing from July 5, 2005 to July 6, 2005. Counsel have

4   discussed other dates on which the court normally hears civil law and motion. However, counsel are

5   not all available on July 12 (the next Tuesday law and motion date on the Court's calendar), and

6   although counsel are available on July 19, 2005, the Court is not available that date.

7

8                                                   KELLY, HERLIHY, & KLEIN LLP

9   Dated: June ___, 2005                     By _____
                                                         John T. Burnite
10                                                   Attorneys for Defendants
                                                 UNUMPROVIDENT CORPORATION
11                                               AND PROVIDENT LIFE & ACCIDENT
                                                 INSURANCE COMPANY
12

13                                                  BOHN & BOHN

14
    Dated: June ___, 2005                     By: _____
15                                                       Robert Bohn
                                                    Attorney for Plaintiff
16                                                  CYNTHIA MENDEZ

17

18                                                  FRIEDMAN, RUBIN & WHITE

19
    Dated: June 27, 2005                      By: _____
20                                                       Jeffrey K. Rubin
                                                    Attorney for Plaintiff
21                                                  CYNTHIA MENDEZ

22

23                                                  COTCHETT, PITRE, SIMON & McCARTHY

24
    Dated: June ___, 2005                     By: _____
25                                                       Barabara L. Lyons
                                                    Attorney for Plaintiff
26                                                  CYNTHIA MENDEZ

27   //

28
                                          - 1 -

    STIPULATION TO CONTINUE THE LAST DAY TO HEAR DISPOSITIVE MOTIONS AND FOR A LIMITED
                          EXTENSION OF THE DISCOVERY CUT-OFF

                                                            Case No. C04 01312 JW

Jun 29 2005   8:39   P.03

1       Plaintiff Cynthia Mendez, Stephen Prater, and defendants UnumProvident Corporation and

2  Provident Life & Accident Insurance Company, through their counsel of record, stipulate that the

3  motion to compel be continued for hearing from July 5, 2005 to July 6, 2005. Counsel have

4  discussed other dates on which the court normally hears civil law and motion. However, counsel are

5  not all available on July 12 (the next Tuesday law and motion date on the Court's calendar), and

6  although counsel are available on July 19, 2005, the Court is not available that date.

7

8
                                                                 KELLY, HERLIHY, & KLEIN LLP

9  Dated: June ____, 2005
                                          By _____

10
                                                  John T. Burnite
                                           Attorneys for Defendants
                                       UNUMPROVIDENT CORPORATION

11
                                           AND PROVIDENT LIFE & ACCIDENT
                                           INSURANCE COMPANY

12

13
                                         BOHN & BOHN

14  Dated: June ____, 2005
                                           By: _____

15
                                           Robert Bohn
                                           Attorney for Plaintiff

16
                                           CYNTHIA MENDEZ

17

18
                                         FRIEDMAN, RUBIN & WHITE

19  Dated: June ____, 2005
                                           By: _____

20
                                           Jeffrey K. Rubin
                                           Attorney for Plaintiff

21
                                           CYNTHIA MENDEZ

22

23
                                         COTCHETT, PITRE, SIMON & McCARTHY

24  Dated: June 29, 2005
                                           By: _____

25
                                           Barabara L. Lyons
                                           Attorney for Plaintiff

26
                                           CYNTHIA MENDEZ
                                           Disclosed Expert

27  //
                                           STEPHEN D. PRATER

28

                                           - 1 -

STIPULATION TO CONTINUE THE LAST DAY TO HEAR DISPOSITIVE MOTIONS AND FOR A LIMITED
EXTENSION OF THE DISCOVERY CUT-OFF

1

**ORDER**

2       In consideration of the stipulation signed by the parties, it is hereby ordered that:

3       The motion to compel presently scheduled for July 5, 2005 at 10:00 a.m. is continued for

4   hearing to July 6, 2005, 10:00 a.m, Courtroom 2.

5       **IT IS SO ORDERED.**

6           July

7   Dated: ~~xxxxx~~   1   , 2005                          /s/ Howard R. Lloyd

8                          Magistrate Judge of the United States District Court
                                    Northern District of California

9

10

11   E:\24082\P60.wpd

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 2 -