THOMAS M. HERLIHY (SBN 83615)
MICHAEL G. GLANZBERG (SBN 178751)
JOHN C. FERRY (SBN 104411)
JOHN T. BURNITE (SBN 162223)
KELLY, HERLIHY & KLEIN LLP
44 Montgomery Street, Suite 2500
San Francisco, California 94104-4217
Telephone: (415) 951-0535
Facsimile: (415) 391-7808

Attorneys for Defendants
UNUM PROVIDENT CORPORATION and
PROVIDENT LIFE & ACCIDENT
INSURANCE COMPANY

*E-FILED ON 7/5/05*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CYNTHIA MENDEZ,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>UNUM PROVIDENT CORPORATION;<br>PROVIDENT LIFE & ACCIDENT<br>INSURANCE COMPANY,<br><br>　　　　　Defendants. | Case No. C04 01312 JW<br><br>**STIPULATED REQUEST FOR AN ORDER SHORTENING TIME FOR A MOTION FOR PROTECTIVE ORDER REGARDING STEPHEN PRATER'S EXPERT DEPOSITION FEE**<br><br>**AND ORDER** |

1   Plaintiff Cynthia Mendez and defendants UnumProvident Corporation and Provident Life &
2   Accident Insurance Company, through their counsel of record, stipulate to an order shortening time
3   for the Court to hear a motion for a protective order regarding Stephen Prater's demand to be paid
4   $485 per hour for deposition testimony (or $550.00 if videotaped).

5   This stipulated request for an order changing time is made pursuant to LR 6-2. Plaintiff
6   designated Stephen Prater as an "expert in insurance claims handling procedures." Defendants
7   believe Prater's hourly deposition rate is not reasonable as required by FRCP 26. Plaintiff does not
8   agree with defendants' contention.

9   The parties previously stipulated to continue the discovery cut-off date to take the deposition
10  of Stephen Prater. The deposition of Prater will be scheduled for late July 2004. Granting this
11  stipulated request will not affect the schedule for the case.

12  Defendants request to have a motion for protective order heard before the deposition. In this
13  manner, the court may determine what constitutes a reasonable fee for this expert's deposition before
14  the deposition commences.

15  The parties agree that defendants's motion for protective order may be heard on either July 12
16  or July 26, 2005. Mr. Rubin requests permission to attend the hearing telephonically.

KELLY, HERLIHY, & KLEIN LLP

Dated: June 30, 2005        By _____
                               John T. Burnite
                               Attorneys for Defendants
                            UNUMPROVIDENT CORPORATION and
                               PROVIDENT LIFE & ACCIDENT
                               INSURANCE COMPANY

BOHN & BOHN

Dated: June ___, 2005       By:_____
                               Robert Bohn
                               Attorney for Plaintiff
                               CYNTHIA MENDEZ

- 2 -

STIPULATED REQUEST FOR AN ORDER SHORTENING TIME FOR A MOTION FOR PROTECTIVE ORDER
RE EXPERT WITNESS FEE
-2-
Case No. C04 01312 JW

1  Plaintiff Cynthia Mendez and defendants UnumProvident Corporation and Provident Life &
2  Accident Insurance Company, through their counsel of record, stipulate to an order shortening time
3  for the Court to hear a motion for a protective order regarding Stephen Prater's demand to be paid
4  $485 per hour for deposition testimony (or $550.00 if videotaped).
5  This stipulated request for an order changing time is made pursuant to LR 6-2. Plaintiff
6  designated Stephen Prater as an "expert in insurance claims handling procedures." Defendants
7  believe Prater's hourly deposition rate is not reasonable as required by FRCP 26. Plaintiff does not
8  agree with defendants' contention.
9  The parties previously stipulated to continue the discovery cut-off date to take the deposition
10 of Stephen Prater. The deposition of Prater will be scheduled for late July 2004. Granting this
11 stipulated request will not affect the schedule for the case.
12 Defendants request to have a motion for protective order heard before the deposition. In this
13 manner, the court may determine what constitutes a reasonable fee for this expert's deposition before
14 the deposition commences.
15 The parties agree that defendants's motion for protective order may be heard on either July 12
16 or July 26, 2005. Mr. Rubin requests permission to attend the hearing telephonically.

KELLY, HERLIHY, & KLEIN LLP

Dated: June 30, 2005       By _____
                              John T. Burnite
                              Attorneys for Defendants
                              UNUMPROVIDENT CORPORATION and
                              PROVIDENT LIFE & ACCIDENT
                              INSURANCE COMPANY

                           BOHN & BOHN

Dated: June 30, 2005       By: _____
                              Robert Bohn
                              Attorney for Plaintiff
                              CYNTHIA MENDEZ

-2-

FRIEDMAN, RUBIN & WHITE

Dated: June 30, 2005

By_____
Jeffrey K. Rubin
Attorney for Plaintiff
CYNTHIA MENDEZ

## ORDER

In consideration of the stipulated request for an order shortening time, it is hereby ordered that:

Defendants' motion for protective order regarding a reasonable fee for Stephen D. Prater's deposition is scheduled for hearing on July 26, 2005, 10:00 a.m. in Courtroom 2. Mr. Rubin may attend by telephone. The motion shall be filed and served on July 8, 2005; any opposition is due July 12, 2005; any reply is due on July 15, 2005.

IT IS SO ORDERED.

Dated: ~~xxxx~~ July 5, 2005

/s/ Howard R. Lloyd
Magistrate Judge of the United States District Court
Northern District of California

E:\24082\P70.wpd

STIPULATED REQUEST FOR AN ORDER SHORTENING TIME FOR A MOTION FOR PROTECTIVE ORDER
RE EXPERT WITNESS FEE
-3-
Case No. C04 01312 JW