RECEIVED
AUG 15 2005

RECEIVED
AUG 15 2005
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

MARJORIE E. MOTOOKA [S/B No. 136678]
PRESTHOLT & FIDONE, LLP
39 E. Union Street, Second Floor
Pasadena, California 91103
(626)440-8800

*ORDER E-FILED ON 8/19/05*

HRE By fax

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

CYNTHIA MENDEZ,

    Plaintiff,

vs.

UNUM PROVIDENT CORPORATION;

PROVIDENT LIFE & ACCIDENT

INSURANCE COMPANY,

    Defendant

Case No.: C0401312 JW

APPLICATION TO APPEAR BY TELEPHONE; ORDER

Date: August 23., 2005
Time: 10:00 a.m.
Dept: 2

I, Marjorie E. Motooka, declare as follows:

1. I am an attorney at law licensed to practice in the State of California and the United States District Court for the Northern District of California and am associate at Prestholt & Fidone, attorneys of record for Civil Service Employees Insurance Company.

2. Civil Service Employees Insurance Company is not a party to this action but was served with a third party subpoena seeking records relating to Stephen Prater, one of the retained experts in this case. Mr. Prater is a training officer of Civil Service Employees Insurance Company.

3. My office is located in Pasadena, California.

APPLICATION TO APPEAR BY TELEPHONE - 1

PRESTHOLT & FIDONE, LLP
39 E. Union Street, Second Floor
Pasadena, California 91103
(626)440-8800

1    4.    This motion was initially scheduled for August 9, 2005 but was continued at the request of plaintiff's counsel. The matter was continued to August 23, 2005 by the court. I have an appearance in Santa Barbara County Superior Court on Monday, August 22, 2005 and Wednesday, August 24, 2005. I therefore request that I be allowed to appear telephonically at the Motion to Compel which is scheduled to be heard in this court on August 23, 2005 at 10:00 a.m.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 12th day of August, 2005 at Pasadena, California.

_____
MARJORIE E. MOTOOKA

APPLICATION TO APPEAR BY TELEPHONE - 2

PRESTHOLT & FIDONE, LLP
39 E. Union Street, Second Floor
Pasadena, California 91103
(626)440-8800

## ORDER

GOOD CAUSE HAVING BEEN SHOWN, it is hereby ordered that Marjorie E. Motooka, counsel for Civil Service Employees Insurance Company, be permitted to appear at the hearing on Defendant's Motion to Compel against Civil Service Employees Insurance Company, scheduled for August 23, 2005 at 10:00 a.m. in Courtroom No. 2, by telephone.

DATED: 8/19/05

HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

APPLICATION TO APPEAR BY TELEPHONE - 3

PRESTHOLT & FIDONE, LLP
39 E. Union Street, Second Floor
Pasadena, California 91103
(626)440-8800

5:04-cv-1312 Notice will be electronically mailed to:

Robert Herbert Bohn Snr.    bbohn@bohnlaw.com, jodie@bohnlaw.com;info@bohnlaw.com

John T. Burnite    jtb@kelher.com

John C. Ferry    jferry@kelher.com

Richard Henry Friedman    rfriedman@frwlaw.us, jcrook@frwlaw.us

Michael G. Glanzberg    mgg@kelher.com

Thomas M. Herlihy    herlihy@kelher.com

Barbara L. Lyons    blyons@cpsmlaw.com

Jeffrey K. Rubin    jrubin@frwlaw.us, jcrook@frwlaw.us

Courtesy copy will be mailed to:

Marjorie E. Motooka
Prestholt & Fidone LLP
39 E. Union Street, Second Floor
Pasadena, CA 91103