**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CYNTHIA MENDEZ, | NO. C 04-01312 JW |
| Plaintiff, | |
| v. | **ORDER RE: PRELIMINARY PRETRIAL SETTING CONFERENCE** |
| UNUM PROVIDENT CORPORATION; PROVIDENT LIFE & ACCIDENT INSURANCE COMPANY, | |
| Defendants. | |

In light of the Court's Order to Show Cause issued on October 7, 2005 (See Docket Item No. 159.), the Court vacates the preliminary pretrial setting conference scheduled for October 17, 2005 and set it instead for **October 24, 2005** when the Defendants' motion for summary judgment is scheduled is to be heard.

Dated: October 7, 2005

  /s/ James Ware
JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Barbara L. Lyons blyons@cpsmlaw.com
Jeffrey K. Rubin jrubin@frwlaw.us
John C. Ferry jferry@kelher.com
John T. Burnite jtb@kelher.com
Kenneth R. Friedman kfriedman@frwlaw.us
Michael G. Glanzberg mgg@kelher.com
Richard Henry Friedman rfriedman@frwlaw.us
Robert Herbert Bohn Snr. Bbohn@bohnlaw.com
Thomas M. Herlihy herlihy@kelher.com

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN MAILED TO:**

Marjorie E. Motooka
Prestholt & Fidone LLP
39 E. Union Street, Second Floor
Pasadena, CA 91103

**Dated: October 7, 2005**               **Richard W. Wieking, Clerk**

**/s/ JW Chambers**
**Ronald L. Davis**

**United States District Court**
For the Northern District of California