**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7         IN THE UNITED STATES DISTRICT COURT
8         FOR THE NORTHERN DISTRICT OF CALIFORNIA
9         SAN JOSE DIVISION
10

| | |
|---|---|
| CYNTHIA MENDEZ, | NO. C 04-01312 JW |
| Plaintiff, | |
| v. | **ORDER RESCHEDULING PRELIMINARY PRETRIAL CONFERENCE** |
| UNUM PROVIDENT CORPORATION and PROVIDENT LIFE & ACCIDENT INSURANCE COMPANY, | |
| Defendants. | |

   Please take note that on the Court's own motion, the presently scheduled preliminary pretrial conference for December 12, 2005 is vacated. The new preliminary pretrial conference is set for **January 9, 2006 at 11:00 a.m.**

Dated: December 8, 2005

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Barbara L. Lyons blyons@cpsmlaw.com
Jeffrey K. Rubin jrubin@frwlaw.us
John C. Ferry jferry@kelher.com
John T. Burnite jtb@kelher.com
Kenneth R. Friedman kfriedman@frwlaw.us
Michael G. Glanzberg mgg@kelher.com
Richard Henry Friedman rfriedman@frwlaw.us
Robert Herbert Bohn Snr. Bbohn@bohnlaw.com
Thomas M. Herlihy herlihy@kelher.com

**Dated: December 8, 2005**                     **Richard W. Wieking, Clerk**

                                                **By:__/s/ JW Chambers_____**
                                                    **Ronald L. Davis**
                                                    **Courtroom Deputy**