IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CYNTHIA MENDEZ,<br><br>Plaintiff,<br><br>v.<br><br>UNUM PROVIDENT CORPORATION and PROVIDENT LIFE & ACCIDENT INSURANCE COMPANY,<br><br>Defendants.<br>_____ / | NO. C 04-01312 JW<br><br>**ORDER RESCHEDULING PRELIMINARY PRETRIAL CONFERENCE** |

Please take note that the presently scheduled Preliminary Pretrial Conference for January 9, 2006 is rescheduled to **February 6, 2006 at 11:00 a.m.**

Dated: January 4, 2006

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　JAMES WARE
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Barbara L. Lyons blyons@cpsmlaw.com
Jeffrey K. Rubin jrubin@frwlaw.us
John C. Ferry jferry@kelher.com
John T. Burnite jtb@kelher.com
Kenneth R. Friedman kfriedman@frwlaw.us
Michael G. Glanzberg mgg@kelher.com
Richard Henry Friedman rfriedman@frwlaw.us
Robert Herbert Bohn Snr. Bbohn@bohnlaw.com
Thomas M. Herlihy herlihy@kelher.com

**Dated: January 4, 2006**                                   **Richard W. Wieking, Clerk**

                                                   **By:__/s/ JW Chambers_____**
                                                      **Melissa Peralta**
                                                      **Courtroom Deputy**

**United States District Court**
For the Northern District of California