THOMAS M. HERLIHY (SBN 83615)
MICHAEL G. GLANZBERG (SBN 178751)
JOHN C. FERRY (SBN 104411)
KELLY, HERLIHY & KLEIN LLP
44 Montgomery Street, Suite 2500
San Francisco, California 94104-4217
Telephone: (415) 951-0535
Facsimile: (415) 391-7808

Attorneys for Defendants
UNUMPROVIDENT CORPORATION and
PROVIDENT LIFE & ACCIDENT
INSURANCE COMPANY

UNITED STATES DISTRICT COURT
APPROVED
James Ware
Judge James Ware
NORTHERN DISTRICT OF CALIFORNIA

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| CYNTHIA MENDEZ,<br><br>Plaintiff,<br><br>vs.<br><br>UNUM PROVIDENT CORPORATION; PROVIDENT LIFE & ACCIDENT INSURANCE COMPANY,<br><br>Defendants. | Case No. C04 01312 JW<br><br>**STIPULATION TO RESCHEDULE THE PRELIMINARY PRETRIAL CONFERENCE**<br><br>Present Date: February 6, 2006<br><br>Proposed Date: February 13, 2006 |

Case 5:04-cv-01312-JW Document 188 Filed 01/12/2006 Page 2 of 4

Plaintiff Cynthia Mendez and defendants UnumProvident Corporation and Provident Life & Accident Insurance Company, through their counsel of record make this stipulated request to reschedule the Preliminary Pretrial Conference. Pursuant to the Court's January 4, 2006 Order, the conference presently is scheduled for February 6, 2006.

Good cause exists to reschedule the conference due to unavailability of defendants' trial counsel on February 6, 2006. Therefore, it is respectfully requested that the Court reschedule the Preliminary Pretrial Conference to **February 13, 2006.**

KELLY, HERLIHY, & KLEIN LLP

Dated: January 12, 2006

By ______________________
Michael G. Glanzberg
Attorneys for Defendants
UNUMPROVIDENT CORPORATION AND PROVIDENT LIFE & ACCIDENT INSURANCE COMPANY

BOHN & BOHN

Dated: January 9, 2006

By: ______________________
Robert Bohn
Attorney for Plaintiff
CYNTHIA MENDEZ

FRIEDMAN, RUBIN & WHITE

Dated: January ___, 2006

By: ______________________
Jeffrey K. Rubin
Attorney for Plaintiff
CYNTHIA MENDEZ

//

//

//

//

Case 5:04-cv-01312-JW Document 188 Filed 01/12/2006 Page 3 of 4

Plaintiff Cynthia Mendez and defendants UnumProvident Corporation and Provident Life & Accident Insurance Company, through their counsel of record make this stipulated request to reschedule the Preliminary Pretrial Conference. Pursuant to the Court's January 4, 2006 Order, the conference presently is scheduled for February 6, 2006.

Good cause exists to reschedule the conference due to unavailability of defendants' trial counsel on February 6, 2006. Therefore, it is respectfully requested that the Court reschedule the Preliminary Pretrial Conference to **February 13, 2006.**

KELLY, HERLIHY, & KLEIN LLP

Dated: January ___, 2006

By ______________________
Michael G. Glanzberg
Attorneys for Defendants
UNUMPROVIDENT CORPORATION AND PROVIDENT LIFE & ACCIDENT INSURANCE COMPANY

BOHN & BOHN

Dated: January ___, 2006

By: ______________________
Robert Bohn
Attorney for Plaintiff
CYNTHIA MENDEZ

FRIEDMAN, RUBIN & WHITE

Dated: January 10th, 2006

By: [signature]
Jeffrey K. Rubin
Attorney for Plaintiff
CYNTHIA MENDEZ

//

//

//

//

Case 5:04-cv-01312-JW Document 188 Filed 01/12/2006 Page 4 of 4

**ORDER**

In consideration of the stipulation signed by the parties and good cause appearing, it is hereby ordered that:

The Preliminary Pretrial Conference presently scheduled for February 6, 2006 is rescheduled to **February 13, 2006 at 11:00 a.m.**

Dated: January 13, 2006

Judge of the United States District Court
Northern District of California

E:\24082\P135 .wpd