BOHN & BOHN LLP
ROBERT H. BOHN, ESQ. – State Bar #36283
152 N. Third Street, Suite 200
San Jose, CA 95112
Telephone: (408) 279-4222
Facsimile: (408) 295-2222

FRIEDMAN, RUBIN & WHITE
RICHARD H. FRIEDMAN ESQ. – State Bar #221622
JEFFREY K. RUBIN ESQ. – *Pro Hac Vice*
1126 Highland Avenue
Bremerton, WA 98337
Telephone: (360) 782-4300
Facsimile: (360) 782-4358

Attorneys for Plaintiff CYNTHIA MENDEZ

*IT IS SO ORDERED*
*Judge James Ware*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| CYNTHIA MENDEZ,<br>　　　Plaintiff,<br>vs.<br>UNUM PROVIDENT CORPORATION and PROVIDENT LIFE & ACCIDENT INSURANCE COMPANY,<br>　　　Defendants. | Case No. C04 01312 JW<br><br>STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME FOR FILING JOINT PRETRIAL CONFERENCE STATEMENT AND IN LIMINE MOTIONS |

　　　Plaintiff Cynthia Mendez and defendants UnumProvident Corporation and Provident Life & Accident Ins. Co., through their counsel of record, make this stipulated request to allow an extension of time to file the Joint Pretrial Conference Statement and In Limine Motions. Pursuant to the Court's February 14, 2006 Order, the Joint Pretrial Conference Statement and In Limine Motions are due on February 21, 2006.

　　　The Court's February 14, 2006 Order also instructs counsel to meet and confer in advance of the date for submission of the Joint Pretrial Conference Statement. In order to allow adequate time to meet and confer in advance, the parties respectfully request that the Court

---

Stipulation and Order for Extension of Time to File Joint Pretrial Statement
*Mendez v. UnumProvident Corporation, et al.*, Case No. C04 01312 JW
Page 1 of 3

1 | reschedule the deadline to file the Joint Pretrial Conference Statement and In Limine Motions to
2 | February 24, 2006.

3

KELLY, HERLIHY & KLEIN LLP

5 Dated: February ___, 2006

By: _____
Michael G. Glanzberg
Attorneys for Defendants
UNUMPROVIDENT CORPORATION
AND PROVIDENT LIFE & ACCIDENT
INSURANCE COMPANY

BOHN & BOHN

12 Dated: February 17, 2006

By: _____
Robert Bohn
Attorneys for Plaintiff
CYNTHIA MENDEZ

FRIEDMAN, RUBIN & WHITE

18 Dated: February 17, 2006

By: _____
Jeffrey K. Rubin
Attorney for Plaintiff
CYNTHIA MENDEZ

Stipulation and Order for Extension of Time to File Joint Pretrial Statement
*Mendez v. UnumProvident Corporation, et al.*, Case No. C04 01312 JW
Page 2 of 3

1 | reschedule the deadline to file the Joint Pretrial Conference Statement and In Limine Motions to
2 | February 24, 2007.

3                                               KELLY, HERLIHY & KLEIN LLP

5 | Dated: February 16, 2006          By: _____
                                               Michael G. Glanzberg
                                               Attorneys for Defendants
                                               UNUMPROVIDENT CORPORATION
                                               AND PROVIDENT LIFE & ACCIDENT
                                               INSURANCE COMPANY

                                               BOHN & BOHN

12 | Dated: February ___, 2006         By:_____
                                               Robert Bohn
                                               Attorneys for Plaintiff
                                               CYNTHIA MENDEZ

                                               FRIEDMAN, RUBIN & WHITE

18 | Dated: February ___, 2006         By: _____
                                               Jeffrey K. Rubin
                                               Attorney for Plaintiff
                                               CYNTHIA MENDEZ

Stipulation and Order for Extension of Time to File Joint Pretrial Statement
*Mendez v. UnumProvident Corporation, et al.*, Case No. C04 01312 JW
Page 2 of 3

## ORDER [PROPOSED]

In consideration of the stipulation signed by the parties and good cause appearing, it is hereby ordered that:

The deadline to file the Joint Pretrial Conference Statement and In Limine Motions shall be February 24, 2006.

**IT IS SO ORDERED.**

Dated: February __21__, 2006

_____
Judge of the United States District Court
Northern District of California

Stipulation and Order for Extension of Time to File Joint Pretrial Statement
*Mendez v. UnumProvident Corporation, et al.*, Case No. C04 01312 JW
Page 3 of 3