**BOHN & BOHN** LLP
ROBERT H. BOHN, ESQ. - State Bar #36283
152 N. Third Street, Suite 200
San Jose, California 95112
Telephone: (408) 279-4222
Fax No.: (408) 295-2222

**FRIEDMAN, RUBIN & WHITE**
RICHARD H. FRIEDMAN ESQ. - State Bar #221622
JEFFREY K. RUBIN ESQ. - *Pro Hac Vice*
1126 Highland Avenue
Bremerton, WA 98337
Telephone: (360) 782-4300
Facsimile: (360) 782-4358

Attorneys for Plaintiff CYNTHIA MENDEZ

*IT IS SO ORDERED*
*Judge James Ware*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CYNTHIA MENDEZ, | No. C04 01312 JW |
| Plaintiff, | |
| v. | **STIPULATION FOR DISMISSAL AND ORDER THEREON** |
| UNUM PROVIDENT CORPORATION; PROVIDENT LIFE & ACCIDENT INSURANCE COMPANY, | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(1).

Dated: March 20, 2006

BOHN & BOHN

BY: _____
ROBERT H. BOHN, ESQ.
Attorney for Plaintiff

| | | |
|---|---|---|
| 1 | Dated: March 20, 2006 | FRIEDMAN, RUBIN & WHITE |
| 2 | | |
| 3 | | BY: _____ |
| 4 | | JEFFREY K. RUBIN, ESQ.<br>Attorney for Plaintiff |
| 5 | | |
| 6 | Dated: March 20, 2006 | KELLY, HERLIHY & KLEIN, LLP |
| 7 | | |
| 8 | | BY: _____ |
| 9 | | MICHAEL G. GLANZBERG, ESQ.<br>Attorney for Defendants<br>UnumProvident Corporation, et al. |
| 10 | | |
| 11 | | |
| 12 | SO ORDERED. | |
| 13 | Dated: March 23, 2006 | _____ |
| 14 | | JAMES WARE<br>UNITED STATES DISTRICT JUDGE |